**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TERRY R. OLSON,<br><br>Plaintiff,<br><br>v.<br><br>RALPH WILKINSON, IV,<br>BRENDAN O'NEILL, and<br>STATE OF DELAWARE,<br><br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>Civil Action No. 11-868-MSG |

**ORDER**

**AND NOW**, this 13th day of October, 2011, upon consideration of Plaintiff's request for leave to proceed in forma pauperis, and his Complaint, the Court finds that:

1. The plaintiff, Terry R. Olson, SBI #167539, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. Consistent with 28 U.S.C. § 1915(a)(1) and (2), the plaintiff has submitted: (1) an affidavit stating that he has no assets with which to prepay the filing fee; and (2) a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. Based on the plaintiff's submissions, he is unable to pay the filing fee necessary to commence this action.

3. Notwithstanding the above, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Court must dismiss the case if it determines that it fails to state a claim on which relief may be granted. In

his Complaint, Plaintiff claims that counsel from the Delaware Public Defender's Office, appointed to represent Plaintiff in a criminal prosecution by the State of Delaware, has failed to return his phone calls, and he requests that this Court to remove the Public Defender's Office as counsel. However, this Court is without jurisdiction over Plaintiff's claim in that it does not raise a federal question or meet the requirements for an action in diversity, and it asks this Court to rule upon a matter that is squarely within the discretion of the trial court hearing Plaintiff's criminal case. Further, for obvious reasons of comity and federalism, federal courts do not have the ability to direct a state court to appoint new counsel for a defendant in a state criminal matter. Plaintiff has failed to state a claim upon which relief may be granted, and his action is legally frivolous.

4. We also note that, pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff's request to proceed in forma pauperis is **DENIED**, the action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2), and the Clerk of Court is directed to mark this case **CLOSED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

**Mitchell S. Goldberg, J.**